AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| United States of America<br>v.<br>Francis Joseph Vitollo<br><br>*Defendant* | )<br>)  Case: 1:24-mj-169<br>)  Assigned To: Magistrate Judge Robin M. Meriweather<br>)  Assign. Date: 5/10/2024<br>)  Description: COMPLAINT WITH ARREST WARRANT<br>)<br>)<br>) |

## ARREST WARRANT

To:      Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* _____Francis Joseph Vitollo_____,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☒ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1752(a)(1) - Entering or Remaining in a Restricted Building or Grounds;
18 U.S.C. § 1752(a)(2) - Disorderly and Disruptive Conduct in a Restricted Building or Grounds;
40 U.S.C. § 5104(e)(2)(D) - Disorderly Conduct in a Capitol Building or Grounds;
40 U.S.C. § 5104(e)(2)(G) - Parading, Picketing, and Demonstrating in a Capitol Building.

Date: __05/10/2024__

2024.05.10
16:17:35 -04'00'
*Issuing officer's signature*

City and state:    Washington, D.C.         Robin M. Meriweather, U.S. Magistrate Judge
*Printed name and title*

**Return**

This warrant was received on *(date)* 5/10/2024, and the person was arrested on *(date)* 5/15/2024
at *(city and state)* Albany, New York.

Date: 5/16/2024

*Arresting officer's signature*

Brad Theroux, Special Agent
*Printed name and title*